### STUART v. E. T. BURROWES CO.

#### In re CAMPBELL.

(Circuit Court of Appeals, Fifth Circuit. October 28, 1915.)

#### No. 2837.

Appeal from the District Court of the United States for the Middle District of Alabama; Henry D. Clayton, Judge.

A claim of the E. T. Burrowes Company against M. B. Campbell, bankrupt, was allowed. From the judgment, George Stuart, trustee, appeals. Affirmed.

Fred S. Ball, of Montgomery, Ala., for appellant.
Gustave F. Mertins, of Montgomery, Ala., for appellee.

Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The questions presented in this case are substantially the same as in No. 2815, 227 Fed. 49, — C. C. A. —, just decided. The appellee's claim in amount and for specific liens was properly allowed.

Affirmed.